IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUSSELL E. CAREY : CIVIL ACTION
:
v. :
: NO. 09-cv-2888-JF
DYLAN AVIATION, LLC, et al. : NO. 09-cv-2893-JF

ORDER

AND NOW, this 24th day of March 2010, upon consideration of Plaintiff's Motion to Remand, and Defendants' responses thereto, and after oral argument, IT IS ORDERED:

That Plaintiff's motion is granted. The Clerk of Court is directed to remand Civil Action Nos. 09-2888 and 09-2893 to the Court of Common Pleas, Philadelphia County, May Term 2009, No. 002891, for all further proceedings.[1]

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.

---

[1] Defendants McDonnell Douglas Helicopter Company, McDonnell Douglas Corporation, Hughes Helicopters, Inc., and The Boeing Company filed a notice of removal that was docketed at Civil Action No. 09-2888. Defendant Dylan Aviation, LLC and the Rolls-Royce Defendants filed a separate notice of removal that was docketed at Civil Action No. 09-2893.